**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**PEORIA DIVISION**

| | |
|---|---|
| SIERRA INTERNATIONAL LLC, an Illinois limited liability company,<br><br>　　　Plaintiff,<br><br>v.<br><br>GRACE LOCKE MARINE LLC, a dissolved Colorado limited liability company,<br><br>　　　Defendant. | Case No: |

## COMPLAINT FOR BREACH OF CONTRACT

NOW COMES the Plaintiff, SIERRA INTERNATIONAL LLC, an Illinois limited liability company ("Sierra"), by and through its attorneys, Elias, Meginnes & Seghetti, P.C., and as and for its Complaint for breach of contract against the Defendant, GRACE LOCK MARINE LLC, a dissolved Colorado limited liability company ("Grace Locke Marine"), states as follows:

### PARTIES, JURISDICTION AND VENUE

1.　　Sierra is a limited liability company organized and existing under the laws of the State of Illinois, with its principal place of business at 1 Sierra Place, Litchfield, Illinois.

2.　　Sierra's manager is Marine Acquisition Corporation, a Delaware corporation. Marine Acquisition Corporation's principal place of business is also 1 Sierra Place, Litchfield, Illinois.

3.　　Sierra's member is Marine Acquisition Corporation. Because Marine Acquisition Corporation is a citizen of Illinois for purposes of diversity jurisdiction, Sierra is a citizen of Illinois for purposes of diversity jurisdiction.

4. Grace Locke Marine is a dissolved limited liability company that was organized and existed under the laws of the State of Colorado, with its principal place of business located in the State of Colorado.

5. On information and belief, the members of Grace Lock Marine are Byron Besse, Mark Schelbert and Kevin Fletcher.

6. On information and belief, Byron Besse resides at 2015 Orchard Avenue, Boulder, Colorado.

7. On information and belief, Mark Schelbert resides at 3002 3rd Street, Unit 109, Santa Monica, California.

8. On information and belief, Kevin Fletcher resides at 100 Manigault Drive, Summerville, South Carolina.

9. Because the aforementioned members of Grace Locke Marine are, on information and belief, citizens of Colorado, California and South Carolina for purposes of diversity jurisdiction, Grace Lock Marine is not a citizen of Illinois for purposes of diversity jurisdiction.

10. This Court has diversity jurisdiction over the parties pursuant to 28 U.S.C. §1332(a). Grace Locke Marine and its members are not citizens of the same state as Sierra and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

11. Venue in this judicial district is proper pursuant to the terms of the forum selection clause contained in the Agreement, as defined below, pursuant to which Sierra and Grace Locke agreed to submit themselves to the jurisdiction of the "state and federal courts of the State of Illinois, which will have exclusive jurisdiction over all controversies in connection with this Agreement." (Ex. 1, ¶23).

## FACTUAL BACKGROUND

**A. The Agreement**

12.     Effective April 1, 2017, Sierra and Grace Locke Marine entered into the Consignment and Security Agreement, effective April 1, 2017 (the "Agreement").

13.     Pursuant to the Agreement, Sierra agreed to consign to Grace Locke Marine certain marine and outdoor power equipment parts and products manufactured or distributed by Sierra, which Grace Locke Marine agreed to use reasonable efforts to market and sell on behalf of Sierra. (Ex. 1, ¶1).

14.     Paragraph 8 of the Agreement states as follows:

> **Price.** [Grace Locke Marine] agrees to remit to Consignor from the proceeds of each Product sold by Lorenz and Jones an amount equal to (i) Consignor's Best Published Price (as such term is defined below), plus (ii) an additional charge equal to three percent (3%) of the Best Published Price for such Product (the "***Additional Charge***" and, together with the Best Published Price, the "***Price***"). For purposes of this Section the term "***Best Published Price***" shall mean the lowest price offered by Consignor at the time in question to third party aftermarket customers that purchase products from Consignor at volumes substantially similar to the volumes to be purchased by Lorenz and Jones. Lorenz and Jones will set its own retail price to be charged to its customers.

(Ex. 1, ¶8).

15.     Paragraph 9 of the Agreement states as follows:

> **Payment.**  [Grace Locke Marine] will submit a sales report to [Sierra] on a no less than weekly basis identifying inventory level changes by SKU as a result of sales, receipts, customer returns and inventory adjustments as well as a file detailing resulting on hands by Product, by Location. [Sierra] will invoice [Grace Locke Marine] for Product sales based on the weekly sales reports. Consignor may extend special terms of payment to [Grace Locke Marine] from time to time in accordance with [Sierra] policies. [Grace Locke Marine] is responsible to pay the Price to [Sierra], and [Sierra] will bear no responsibility for slow payments or bad debts arising out of sale of the Products. Payment terms are

detailed in the Letter of Understanding dated 4/1/17 and signed by both parties, a copy of which is attached hereto as Exhibit C.

(Exhibit 1 ¶13).

16. Paragraph 20 of the Agreement states as follows:

**Remedies for Breach.** Upon the occurrence of an Event of Default (as defined below), in addition to the right of termination set forth in Section 16 above, [Sierra] will have all of the rights given to a secured party under Article 9 of the Uniform Commercial Code as in effect from time to time in the State of Illinois, in addition to any other remedies available to it at law, in equity or under this Agreement.

(Ex. 1, ¶20).

17. Paragraph 21 of the Agreement states, in part, as follows:

**Events of Default.** All of the following shall constitute "Events of Default for purposes of this Agreement:

(c) the corporate existence of either party is terminated, whether by means of dissolution, merger, consolidation or otherwise; except that a merger of either party with an affiliate shall not be considered a breach[.]

(Ex. 1, ¶21).

18. Paragraph 23 of the Agreement states as follows:

**Governing Law; Jurisdiction.** This Agreement and any controversy arising out of or in relation to it will be governed by the laws of the State of Illinois (with the exception of conflicts of law provisions and except as the Uniform Commercial Code may otherwise provide). The parties hereby submit to the jurisdiction of the state and federal courts of the State of Illinois, which will have exclusive jurisdiction over all controversies in connection with this Agreement.

(Ex. 1, ¶23).

## B. Grace Locke Marine's Default and Dissolution

19. At all relevant times, Sierra performed its obligations pursuant to the Agreement.

20. Between June 8, 2019 and December 12, 2019, Sierra invoiced Grace Locke Marine for product sales in accordance with the terms of the Agreement.

21. Presently, Grace Locke Marine has failed to pay for products sold and subsequently invoiced by Sierra in the total amount of $436,947.02. A Customer Statement dated January 3, 2021, summarizing all of the invoices still unpaid by Grace Locke Marine is attached hereto and hereinafter referred to as Exhibit 2.

22. On March 12, 2020, Grace Locke Marine filed a statement of dissolution and was formally dissolved.

23. Grace Locke Marine's failure to pay the amounts due and owing as detailed in the invoices constitutes a breach of the Agreement.

24. As a result of Grace Locke Marine's breach of the Agreement, Sierra has suffered monetary damages in the amount of $436,946.02.

WHEREFORE, Sierra respectfully requests that this honorable Court enter judgment in favor of Sierra and against Grace Locke Marine in the amount of $436,946.02, plus interest, attorney's fees pursuant to paragraph 30 of the Agreement, costs of suit and such other and further relief deemed appropriate under the circumstances.

Respectfully submitted,

By: /s/ Lane G. Alster
Lane G. Alster
(lalster@emrslaw.com)
Elias, Meginnes & Seghetti, P.C.
416 Main Street, Suite 1400
Peoria, Illinois 61602
Telephone: (309) 637-6000
Facsimile: (309) 637-8514
*Counsel for Plaintiff*

421-0039